# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00339-JAO-KJM |
| CASE NAME: | Randi Cheryl Vishno, et al. v. Maui's Best Downhill LLC et al |
| ATTY FOR PLA: | Gregory M. Sheffer<br>Laura E. Ozak |
| ATTY FOR DEFT: | Ryan I. Inouye |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Video Tele-Conference (VTC) no record |
| DATE: | 10/27/2022 | TIME: | 8:00 - 9:20<br>RECORDED TIME: 9:20 - 9:25 |

COURT ACTION:  EP:    FURTHER EARLY SETTLEMENT CONFERENCE held.

Andy Kreul, Adjuster for Maui's Best Downhill LLC is also present.

The Court met with the parties. Settlement discussions held.

SETTLEMENT ON THE RECORD (SEALED 9:20 -9:25)

Mr. Inouye states the key terms on the record.  Plaintiff's agree to the terms.

Court finds that the parties have entered into a binding and enforceable settlement agreement.

Stipulation for Dismissal shall be submitted to otake_orders@hid.uscourts.gov by November 30, 2022. If more time is needed to submit the Stipulation for Dismissal the parties may contact Magistrate Judge Kenneth J. Mansfield's Courtroom Manager to request an extension prior to the deadline.

Trial date and pretrial deadlines are VACATED. All pending motions are TERMINATED as moot.

The attorneys listed above may obtain a copy of this hearing by a written letter request to Magistrate Judge Kenneth J. Mansfield if necessary. Any transcript from this proceeding shall be handled as a sealed document.

*Submitted by: Bernie Aurio, Courtroom Manager*