CHONG, NISHIMOTO, SIA, NAKAMURA
 & GOYA, A Limited Liability Law Partnership

| | |
|---|---|
| JEFFREY H. K. SIA | 3029-0 |
| RYAN I. INOUYE | 8570-0 |

1003 Bishop Street, Suite 2500
Honolulu, Hawaii 96813
Telephone No.: (808) 537-6119
Facsimile No. (808) 526-3491
Email:      jeffrey.sia@hawadvocate.com
            ryan.inouye@hawadvocate.com

Attorneys for Defendants
MAUI'S BEST DOWNHILL LLC
DILLON M. BARNES and JOSEPH E. RAPP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RANDI CHERYL VISHNO, JEREMY GORDON VISHNO,<br><br>              Plaintiffs,<br>     vs.<br><br>MAUI'S BEST DOWNHILL LLC, DILLON M. BARNES, JOSEPH E. RAPP, JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5, JOHN DOE PARTNERSHIPS 1-5, ROE NON-PROFIT CORPORATIONS 1-5, AND ROE GOVERNMENTAL AGENCIES 1-5,<br><br>              Defendants. | CIVIL NO. 21-00339 JAO-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br><br><br><br><br><br><br><br><br>Trial Date:   vacated<br>Trial Judge: Honorable Jill A. Otake |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL
CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs RANDI CHERYL VISHNO and JEREMY GORDON VISHNO (collectively, "Plaintiffs") and Defendants MAUI'S BEST DOWNHILL, LLC, DILLON M. BARNES, and JOSEPH E. RAPP (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Rules 41(a) of the Federal Rules of Civil Procedure, as follows:

1. That Plaintiffs' First Amended Complaint, filed 8/22/21[Doc 14] is and shall be dismissed with prejudice against Defendants with each party bearing their own attorneys' fees and costs.

2. That all appearing parties have signed this Stipulation. There are no remaining parties, claims, and/or issues. Any and all remaining parties, claims, and/or issues are hereby dismissed with prejudice. A jury trial was scheduled for January 30, 2023 before the Honorable Jill A. Otake.

DATED: Mill Valley, California, November 16, 2022.

/s/  Gregory M. Sheffer
_____
LAURA OZAK
GREGORY M. SHEFFER
Attorneys for Plaintiffs

DATED:  Honolulu, Hawai`i, November 11, 2022.

/s/ Ryan I. Inouye

_____
JEFFREY H. K. SIA
RYAN I. INOUYE
Attorneys for Defendants
MAUI'S BEST DOWNHILL LLC
DILLON M. BARNES and
JOSEPH E. RAPP

APPROVED AS TO FORM:



_____
Jill A. Otake
United States District Judge

---

*Randi Cheryl Vishno, et al. v. Maui's Best Downhill, LLC, et al.,* Civ. No. 21-00339 JAO-KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES